# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Case No. 24-cv-01705-RMR

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

WESTERN SIERRA RESOURCE CORPORATION;
ROGER JOHNSON; and
DENNIS ATKINS

    Defendants.

## JOINT STATUS REPORT AND MOTION TO VACATE CASE DEADLINES AND IMPOSE 90-DAY STAY

Pursuant to Fed. R. Civ. P. 6(b), this Court's Civil Practice Standards 6.1A, and District of Colorado Local Rule 6.1(a), Plaintiff Securities and Exchange Commission ("SEC") and Defendants Western Sierra Resource Corporation ("WSRC"), Roger Johnson ("Johnson"), and Dennis Atkins ("Atkins") (collectively "the Parties") jointly submit this status report and move for an order to vacate all deadlines in this matter for 90 days and stay this case pending consideration of the settlement proposal. In support thereof, the Parties state as follows:

    1.    The SEC filed its Complaint in this case on June 18, 2024. [ECF No. 1.]

    2.    On July 14, 2025, the Parties attended a mediation with Magistrate Judge O'Hara.

    3.    At the mediation the Parties reached a settlement in principle, which would resolve the SEC's claims against all Defendants, that counsel for the SEC will recommend the Commission approve.

4.	The SEC notes that its decision-making body consists of Commissioners appointed by the President with the advice and consent of the Senate. *See* 15 U.S.C. § 78d(a).

5.	Only the Commissioners themselves have the authority to settle a securities enforcement action. *See* 17 C.F.R. § 202.5(f) ("in the course of the Commission's investigations, civil lawsuits, and administrative proceedings, the staff, with appropriate authorization, may *discuss* with persons involved the disposition of such matters by consent, by settlement, or in some other manner.") (emphasis added).

6.	Accordingly, the SEC requires its staff to negotiate a proposed settlement, for the defendants to make an offer of settlement that the staff is prepared to recommend, and then the staff prepares a detailed written memorandum for review and comment by the various Offices and Divisions of the SEC, and presents the offer of settlement for consideration by the Commissioners—a process that normally requires at least six weeks but can take several months.

7.	SEC staff is in the process of drafting the memorandum recommending the settlement to the Commissioners.

8.	Because the Parties have reached a settlement in principle, good cause exists to vacate all deadlines in this case and stay this case for 90 days pending the Commissioners' review of the settlement.

9.	Vacating the pending deadlines and imposing a 90-day stay of this matter will not prejudice any party. In fact, this will allow the Parties to focus on resolving this matter as quickly and efficiently as possible without expending unnecessary resources.

10.	The Parties therefore request the Court vacate all deadlines in this case and impose a stay of the case for 90 days, or through October 15, 2025.

11.	The current deadlines in this case include:

    a. August 8, 2025 – Deadline to Designate Affirmative Experts

    b. September 8, 2025 – Deadline to Designate Rebuttal Experts

    c. September 12, 2025 – Deadline to Submit Joint Status Update re: Status of Settlement

    d. November 13, 2025 – Deadline to Serve Written Discovery

    e. December 15, 2025 – Discovery Cutoff

    f. December 26, 2025 – Deadline for Notice of Dispositive Motion

    g. January 15, 2026 – Deadline for Dispositive Motions

12. As required by the Court's Minute Order of July 15, 2025 [ECF No. 65], the Parties will provide a status update to the Court on or before October 15, 2025.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court vacate all deadlines in this case and impose a 90-day stay.

Dated: July 17, 2025.

Respectfully submitted,

*s/ Jodanna L. Haskins*
Jodanna L. Haskins
Rachel E. Yeates
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
1961 Stout Street, Suite 1700
Denver, CO 80294
HaskinsJo@sec.gov
Yeatesr@sec.gov
(303) 844-1000

*s/ Roger Johnson*
Roger Johnson, *Pro Se*
P.O Box 774406
Steamboat Springs, CO 80477
Rogerjohnson2@gmail.com
(970) 457-0244

*s/ Dennis Atkins*
Dennis Atkins, *Pro Se*
6175 Plumtree Lane
Edmond, OK 73034
dennisatkinscpa@icloud.com
(405) 209-5485

### CERTIFICATE OF SERVICE

I certify that on July 17, 2025, I electronically filed the foregoing and served the same on the parties of record, appearing *pro se*, using the following electronic means:

Roger Johnson
rogerjohnson2@gmail.com (*delivered via CM/ECF*)

Dennis Atkins
dennisatkinkscpa@icloud.com (*delivered via email*)

*s/ Jodanna L. Haskins*
Securities and Exchange Commission