IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01705-RMR-TPO

U.S. SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

WESTERN SIERRA RESOURCE CORP.,
ROGER JOHNSON, and
DENNIS ATKINS,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 25, 2025.**

    In light of the Parties reaching a settlement in principle, which is pending recommendation and review by the SEC Commissioners, the Parties' Motion to Vacate Case Deadlines and Impose a 90-day Stay [ECF 67] is **granted**. Accordingly, all deadlines are stayed for 90 days.